# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAL SINGH,

Petitioner,

v.

WARDEN, NORTHWEST ICE PROCESSING CENTER, et al.,

Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER. 2:26-cv-03679-TL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Amended Petition for a Writ of Habeas Corpus (Dkt. No. 2) is GRANTED.

(2) Within **fourteen (14) days** of this Order, Respondents SHALL either release Petitioner or provide him with a bond hearing before an immigration judge, unless Petitioner requests more time to prepare for the hearing. At the hearing, Respondents SHALL bear the burden of proving by clear and convincing evidence that Petitioner is a danger to the community or a flight risk. Respondents SHALL ensure that the hearing is recorded.

(3) Within **fifteen (15) days** of this Order, Respondents SHALL file a Status Report with the Court either confirming that Petitioner received a bond hearing—and informing the Court of the results of the hearing—or confirming Petitioner's release or request for a continuance.

(4) Any motion requesting fees should be filed within the deadlines set by the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated November 13, 2026.

Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk